**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANCISCO ALFONSO OCHOA,<br><br>　　　　　　Defendant. | CASE NO. 13CR4354-BTM<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

**XX**  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

**XX**  of the offense(s) as charged in the Information:

21 USC 952 AND 960.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge