**FILED**

APR 17 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ . _____ DEPUTY

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FRANCISCO ALFONSO OCHOA [1],<br><br>                    Defendant. | CASE NO. 13cr4354-BTM<br><br><br>**AMENDED JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

  X   of the offense(s) as charged in the Indictment/Information:

21 USC 952 AND 960
_____

_____

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

4-17-2014

_Barry Ted Moskowitz_
Barry Ted Moskowitz
U.S. District Judge